No. 853.  TATUM BROTHERS REAL ESTATE & INVESTMENT COMPANY, PETITIONER, *v.* W. E. SHENK.  March 18, 1918.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied.

*Mr. William P. Smith* and *Mr. Frank B. Shutts* for petitioner. *Mr. Frederick M. Hudson* for respondent.